Case 2:05-cv-00183-JCC

05-CV-00183-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAVIER CHAVEZ-GARCIA, | ) | Case No.  C05-0183-JCC-MAT |
| | ) | (CR01-109-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's motion seeking to vacate, etc., filed pursuant to 28 U.S.C. § 2255, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion to vacate, etc., filed pursuant to 28 U.S.C. § 2255 is STRICKEN, and this action is DISMISSED.

(3) The Clerk is directed to send copies of this Order to the parties and Judge Theiler.

DATED this 7 day of Nov, 2005.

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
PAGE -1